**SLIP OP. 01-128**

**AMENDED JUDGMENT**

_____

UNITED STATES COURT OF INTERNATIONAL TRADE

**JANE A. RESTANI, JUDGE**

_____

_____
                                        :
BORDEN, INC., GOOCH FOODS, INC. AND      :
HERSHEY FOODS CORP.,                     :
                                        :
            Plaintiffs,                  :
                                        :
        v.                               :
                                        :
UNITED STATES and                        :
UNITED STATES DEPARTMENT OF COMMERCE,     :   Consol. Court
                                        :   No. 96-08-01970
                                        :
            Defendants,                  :
                                        :
        and                              :
                                        :
DELVERDE, SrL and DELVERDE USA, INC.,     :
                                        :
            Defendant-Intervenors.       :
_____:


        As the final results of the redetermination of the
Department of Commerce of October 15, 2001, that Delverde, SrL is
to be excluded from the antidumping order did not elicit any
objection during the relevant remand proceeding, the results are
affirmed.  The history of this matter is reflected in Borden,
Inc. v. United States, 4 F. Supp. 2d 1221 (Ct. Int'l Trade 1998),
rev'd in part, Borden, Inc. v. United States, Nos. 99-1575, 99-
1576 (Fed. Cir. March 12, 2001).  See also Borden, Inc. v. United
States, Consol. Court No. 96-08-01970 (Ct. Int'l Trade May 21,
2001) (order).


                            _____
                            Judge of the United States
                            Court of International Trade
Dated:  New York, New York

        This 2nd day of November, 2001.